Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Wesley Szarejko*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Wesley Szarejko,<br><br>                Plaintiff,<br>v.<br><br>MRS Associates, Inc et al,<br><br>                Defendant. | Case No.: 2:20-cv-00239-GMN-VCF<br><br>**Stipulation to extend the deadline to file the proposed discovery plan and scheduling order**<br><br>**(First request)** |

Wesley Szarejko ("Plaintiff") and MRS Associates, Inc ("Defendant" and together with Plaintiff as the "parties"), by and through their respective counsel, hereby stipulate to extend the deadline for the parties to file their stipulated or proposed discovery plan and scheduling order. The deadline to file the proposed plan is currently set for April 10, 2020.

Good cause exists to continue the deadline. Defendant recently filed its motion to dismiss and intends to request that discovery be stayed pending the motion to dismiss. In the meantime, the parties are actively exploring possible early resolution that may avoid the need for additional briefing by both sides.

The parties therefore agree that it is appropriate to extend the deadline for the parties to file a proposed or stipulated discovery plan and scheduling order to allow

time for the parties to continue to explore early resolution. This request for an extension is made specifically in this fee-shifting matter since briefing motions are a significant expense and settlement discussions are ongoing. The parties therefore seek to extend the deadline to file the proposed plan by 14 days, on or before **April 24, 2020**. This is the first request for an extension of these deadlines.

Dated: April 9, 2020.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Wesley Szarejko*

**MOSS & BARNETT**

/s/ Bradley Armstrong
Bradley Armstrong, Esq.
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402

Raleigh C. Thompson, Esq.
Ryan Lower, Esq.
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
*Attorney for MRS Associates, Inc*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-10-2020

STIPULATION — 2 —