Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Wesley Szarejko*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Wesley Szarejko, | Case No.: 2:20-cv-00239-GMN-VCF |
| Plaintiff, | **Stipulation to extend time for Plaintiff to respond to motion to dismiss** |
| v. | |
| MRS Associates, Inc et al, | **(First request)** |
| Defendant. | |

Wesley Szarejko ("Plaintiff") and MRS Associates, Inc et al ("Defendant" and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendant's motion to dismiss. Plaintiff's complaint was filed on February 4, 2020. Defendant filed its currently pending motion to dismiss on April 3, 2020 and Plaintiff's opposition is currently due on April 17, 2020.

In good faith and not for the purposes of delay, Plaintiff requested an extension and the parties in good faith stipulate to allow additional time for Plaintiff to respond to the motion. This is the first request for an extension of this deadline.

STIPULATION — 1 —

The parties therefore stipulate that Plaintiff's response to Defendant's motion to dismiss shall be due on or before **May 1, 2020**.

DATED: April 16, 2020.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Wesley Szarejko*

**MOSS & BARNETT**

/s/ Bradley Armstrong
Bradley Armstrong, Esq.
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402

Raleigh C. Thompson, Esq.
Ryan Lower, Esq.
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
*Attorney for MRS Associates, Inc*

IT IS SO ORDERED:

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this 20 day of April, 2020.

STIPULATION — 2 —