# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

WESLEY SZAREJKO,

       Plaintiff,

vs.

MRS ASSOCIATES, *et al.*,

       Defendants.

2:20-cv-00239-GMN-VCF

**MINUTE ORDER**

Before the court is *Wesley Szarejko v. MRS Associates, et al.*, case number 2:20-cv-00239-GMN-VCF.  The parties have filed notices of settlement.  (ECF Nos. 11 And 21).

Accordingly,

IT IS HEREBY ORDERED that the telephonic discovery hearing scheduled for 11:30 AM, May 15, 2020, is VACATED.

IT IS FURTHER ORDERED that the parties must file proposed stipulation and order for dismissal on or before June 29, 2020.

Dated this 28th day of April, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE