David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY SZAREJKO, | Case No.: 2:20-cv-00239-GMN-VCF |
| Plaintiff(s), | |
| vs. | **MOTION TO WITHDRAW AS ATTORNEY PURSUANT TO LOCAL RULE IA 11-6** |
| MRS ASSOCIATES, INC., et al., | |
| Defendant(s). | |

David H. Krieger, Esq. and Shawn W. Miller, Esq. hereby moves this Honorable Court for an Order authorizing his withdrawal as counsel of record for Plaintiff Wesley Szarejko in the above-captioned matter.  David H. Krieger, Esq. and Shawn W. Miller, Esq. resigned from the Haines & Krieger, LLC law firm and are no longer representing the Plaintiff and should no longer receive electronic notifications or e-filings.  The Plaintiff will continue to be represented by George Haines, Esq. with Haines & Krieger, LLC and Michael Kind, Esq. with Kind Law.  Because Plaintiff is represented by counsel, the

-1-

withdrawal of David H. Krieger, Esq. and Shawn W. Miller, Esq. does not affect Plaintiff's representation in this case.

Dated:  Dated April 28, 2020

Submitted By:

*/s/ David H. Krieger, Esq.*
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada 89052

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-29-2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2020, I caused the foregoing **MOTION TO WITHDRAW AS ATTORNEY PURSUANT TO LR IA 11-6** ("Motion") to be filed and served via CM/ECF to all parties in this case via the CM/ECF System, including service on Plaintiff's counsel George Haines and Michael Kind.

*/s/ David H. Krieger*
An employee of Krieger Law Group