# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WESLEY SZAREJKO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MRS ASSOCIATES, *et al.*,<br><br>　　　　Defendants. | 2:20-cv-00239-GMN-VCF<br><br>**MINUTE ORDER** |

Before the court is *Wesley Szarejko v. MRS Associates, et al.*, case number 2:20-cv-00239-GMN-VCF.  The parties have filed notices of settlement.  (ECF Nos. 11 And 21).  The parties were ordered to file a proposed stipulation and order for dismissal on or before June 29, 2020 (ECF No. 23).  No proposed stipulation and order for dismissal has been filed.

Accordingly,

IT IS HEREBY ORDERED that the telephonic status hearing is scheduled for 10:00 AM, July 6, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

Dated this 30th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE