George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@freedomlegalteam.com
*Attorney for Plaintiff, WESLEY SZAREJKO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY SZAREJKO, | Case No. 2:20-cv-00239-GMN-VCF |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO <u>TRANSWORLD SYSTEMS, INC. ONLY</u>** |
| v. | |
| MRS ASSOCIATES, INC; TRANSWORLD SYSTEMS, INC, | |
| Defendant. | |

Plaintiff WESLEY SZAREJKO and Defendant, TRANSWORLD SYSTEMS, INC, hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

…

…

shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TRANSWORLD SYSTEMS, INC**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:        June 30, 2020

| By: | By: |
|---|---|
| /s/*George Haines, Esq.* <br> George Haines, Esq. <br> Nevada Bar No. 9411 <br> FREEDOM LAW FIRM, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Las Vegas, Nevada 89123 <br> *Attorney for Plaintiff,* <br> *WESLEY SZAREJKO* | /s/*Shannon G. Splaine, Esq.* <br> Shannon G. Splaine, Esq. <br> Nevada Bar No: 8241 <br> LINCOLN, GSTAFSON & CERCOS, LLP <br> 3960 Howard Hughes Parkway <br> Suite 200 <br> Las Vegas, Nevada 89158 <br> *Attorney for Defendant,* <br> *TRANSWORLD SYSTEMS, INC..* |

**ORDER**

IT IS SO ORDERED.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this __1__ day of July, 2020.